AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Citizens Bank of Rhode Island

V.

Andrei Klein and Juliana Klein

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A.No.: 06322T

TO: (Name and address of Defendant)

Andrei Klein
10 Merrymount Drive
North Dartmouth, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Carlotto
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/17/06

(By) DEPUTY CLERK

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

***Bristol, ss.***

July 28, 2006

I hereby certify and return that on 7/27/2006 at 05:05 pm I served a true and attested copy of the Summons and Complaint, Exhibit's A - E in this action in the following manner: To wit, by delivering in hand to Andrei Klein at 10 Merrymount Drive North Dartmouth, MA 02747. Copies ($4.00), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $37.25 Left with an adult female, Juliana Klein.

Deputy Sheriff William Mello, Jr.

Deputy Sheriff

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ Date ______________________ Signature of Server

______________________ Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.