UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITIZENS BANK OF RHODE ISLAND, Plaintiff, : | |
| Vs. : | C.A. No.: 06-322T |
| ANDREI KLIEN AND JULIANA KLEIN : Defendants. : | |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

NOW COME Defendants Andrei Klein and Juliana Klein and Plaintiff Citizens Bank of Rhode Island and hereby stipulate and agree that the defendants shall have up to including August 21, 2006 to respond to the Complaint by any means provided for under the Federal Rules of Civil Procedure.

ANDREI KLEIN AND JULIANA KLEIN
By their attorney,

/S/ Theodore Orson
Theodore Orson, Esq.
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel.: (401) 383-9584
Fax: (401) 861-3103
Email: torson@orsonandbrusini.com
Date: August 7, 2006

CITIZENS BANK OF RHODE ISLAND
By its attorney,

/S/ Thomas Carlotto
Thomas Carlotto, Esq.
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
Tel.: (401) 272-1400
Fax: (401) 272-1403
Email: tec@shlawri.com
Dated: August 7, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document has been filed electronically and is available for viewing and downloading from the ECF system.

/S/ Theodore Orson, Esq.

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 8/16/06