UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CITIZENS BANK OF RHODE ISLAND,<br>Plaintiff, | : | |
| | : | |
| Vs. | : | C.A. No.: 06-322T |
| | : | |
| ANDREI KLEIN AND JULIANA KLEIN<br>Defendants. | : | |

**DEFENDANTS' ANSWER TO COMPLAINT**

Now comes Andrei Klein and Juliana Klein (hereinafter the "Defendants") and answer the Complaint filed against them by Citizens Bank of Rhode Island in the above-captioned action as follows:

1. Denied.
2. Denied.
3. Defendants are without sufficient information or knowledge to admit or deny the allegations contained in this paragraph of the Complaint, and therefore, leave Plaintiff to its proof.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.

11. This paragraph of the Complaint does not contain an allegation of fact, and therefore, no response is required.
12. Admitted.
13. This paragraph of the Complaint does not contain an allegation of fact, and therefore, no response is required.
14. Admitted.
15. This paragraph of the Complaint does not contain an allegation of fact, and therefore, no response is required.
16. Admitted.
17. Admitted.
18. This paragraph of the Complaint does not contain an allegation of fact, and therefore, no response is required.
19. Admitted.
20. This paragraph of the Complaint does not contain an allegation of fact, and therefore, no response is required.
21. Denied.
22. Denied.
23. Denied.
24. Denied.
25. Defendants incorporate by reference and reallege paragraphs 1 through 24 as if fully set forth herein.
26. Denied.
27. Admitted.

28. Denied.
29. Defendants incorporate by reference and reallege paragraphs 1 through 24 as if fully set forth herein.
30. Denied.
31. Admitted.
32. Denied.
33. Defendants incorporate by reference and reallege paragraphs 1 through 24 as if fully set forth herein.
34. Admitted.
35. Denied.
36. Denied.
37. Denied.
38. Defendants incorporate by reference and reallege paragraphs 1 through 24 as if fully set forth herein.
39. Admitted.
40. Admitted.
41. Admitted.
42. Denied.

**WHEREFORE**, Defendants demand that judgment be entered in their favor and against Plaintiff, that this Court award Defendants their attorneys' fees and costs in defending this action and award Defendants such other relief as this Court deems just and proper.

**FIRST AFFIRMATIVE DEFENSE**

This Court lacks subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are not diverse.

Defendants,
ANDREI KLEIN and JULIANA KLEIN
By their attorneys,

/s/ Theodore Orson
Theodore Orson, Esq. # 3871
Orson and Brusini Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel.: (401) 223-2100
Fax: (401) 861-3103
Email: torson@orsonandbrusini.com
Date: August 21, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served electronically on the following counsel of record:

Thomas Carlotto, Esq.

/s/ Theodore Orson