**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CITIZENS BANK OF RHODE ISLAND, PLAINTIFF** | ) | |
| **V.** | ) | **C.A. No.: 06-322T** |
| **ANDREI KLEIN and JULIANA KLEIN, DEFENDANTS** | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Now comes Theodore Orson and Orson and Brusini Ltd. and hereby move this Court pursuant to L.R. Gen. 206(e) to withdraw as counsel to the Defendants herein for the grounds set forth in the Memorandum of Law in Support of Motion to Withdraw as Counsel filed herewith and the Affidavit of Theodore Orson, filed herewith.

Respectfully Submitted

ORSON AND BRUSINI LTD.

/s/ Theodore Orson
Theodore Orson, Esq. No. 3871
Orson and Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 223-2100
Fax: (401) 861-3103
Email: torson@orsonandbrusini.com
Dated: September 18, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CITIZENS BANK OF RHODE ISLAND, PLAINTIFF** | ) | |
| **V.** | ) | **C.A. No.: 06-322T** |
| **ANDREI KLEIN and JULIANA KLEIN, DEFENDANTS** | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

Now comes Theodore Orson ("Orson") and Orson and Brusini Ltd. ("O&B") (together, "Movants") and hereby submit this Memorandum in Support of Motion to Withdraw as Counsel. In support thereof, Movants rely upon the Affidavit of Theodore Orson (the "Orson Affidavit"), filed herewith.

As set forth in the Orson Affidavit, soon after this lawsuit was commenced, attorney Timothy Mauser ("Mauser") of the Boston, Massachusetts law firm Mauser & Mauser ("M&M") contacted Orson of O&B and requested that O&B act as local counsel to the Defendants in this litigation. Mauser told Orson that Mauser and M&M would seek *pro hac vice* admission and would act as lead counsel to the Defendants, including making strategic decisions in the case, preparing all court submissions and acting as lead trial counsel.

Orson explained to Mauser that under L.R. Gen 204(e):

(i) Orson would be required to sign and be responsible for the content of all pleadings, motions and other documents filed or served in the case;

(ii) Orson would be required to attend all court proceedings unless excused by the judge for good cause shown; and

(iii) Orson would have to be fully prepared to assume sole responsibility for the conduct of

the case in the event M&M failed to appear when required or if it has its *pro hac vice* status revoked or was unable to continue as counsel for any reason.

Since this discussion, Orson has requested multiple times, both orally and in writing, that Mauser forward to O&B an original motion to appear *pro hac vice* as well as other documentation relative to the case. Each time, representations were made by Mauser to Orson that such papers would be delivered immediately to O&B. However, in each instance, such motion or other documentation was never delivered to O&B.

Even if a *pro hac vice* motion were now filed seeking *pro hac vice* admission of M&M, Orson would not be comfortable that it would be able to fulfill its local counsel duties under L.R. Gen 204(e) if M&M became lead counsel.

Orson has never met with the Defendants and does not believe that, under the current circumstances, Orson would be fully prepared to assume sole responsibility for the conduct of the case in the event M&M failed to appear when required or if M&M had its *pro hac vice* status revoked or was unable to continue as counsel for any reason. Accordingly, the Movants seek to withdraw as counsel herein.

Orson has contacted Thomas Carlotto, counsel to Plaintiff herein, and he indicated to Orson that Plaintiff would have no objection to the granting of the within Motion.

The certifications required under L.R. Gen. 206(e)(2) are set forth in the Orson Affidavit.

Respectfully Submitted

ORSON AND BRUSINI LTD.

/s/ Theodore Orson
Theodore Orson, Esq. No. 3871
Orson and Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 223-2100
Fax: (401) 861-3103
Email: torson@orsonandbrusini.com
Dated: September 18, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served electronically on the following counsel of record:

Thomas Carlotto, Esq.

I further certify that on September 18, 2006, I caused a copy of this document to be served on the following parties by first class mail and certified mail, return receipt requested:

Timothy M. Mauser, Esq.
Mauser & Mauser
98 North Washington Street, Suite 305
Boston, MA 02114

Andrei Klein and Juliana Klein
10 Merrymount Drive
North Dartmouth, MA 02747

/s/ Theodore Orson