**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CITIZENS BANK OF RHODE ISLAND,** ) <br> **PLAINTIFF** ) <br> ) <br> **V.** ) <br> ) <br> **ANDREI KLEIN and** ) <br> **JULIANA KLEIN,** ) <br> **DEFENDANTS** ) | **C.A. No.: 06-322T** |

**AFFIDAVIT OF THEODORE ORSON**

I, Theodore Orson, under the pains and penalties of perjury, hereby state as follow:

1. I am a partner in Orson and Brusini Ltd. ("O&B").

2. Soon after this lawsuit was commenced, attorney Timothy Mauser ("Mauser") of the Boston, Massachusetts law firm Mauser & Mauser ("M&M") contacted me and requested that O&B act as local counsel to the Defendants in this matter. Mauser told me that Mauser and M&M would seek *pro hac vice* admission and would act as lead counsel to the Defendants, including making strategic decisions in the case, preparing all court submissions and acting as lead trial counsel.

3. I explained to Mauser that under L.R. Gen 204(e) that:

(i) I would be required to sign and be responsible for the content of all pleadings, motions and other documents filed or served in the case;

(ii) I would be required to attend all court proceedings unless excused by the judge for good cause shown; and

(iii) I would have to be fully prepared to assume sole responsibility for the conduct of the case in the event M&M failed to appear when required or if M&M has its *pro hac vice* status revoked or was unable to continue as counsel for any reason.

4. Since this discussion, I have requested multiple times, both orally and in writing, that Mauser forward to O&B an original motion to appear *pro hac vice* as well as other documentation relative to the case. Each time, representations were made by Mauser to me that such papers would be delivered immediately to O&B. However, in each instance, such motion or other documentation was never delivered to O&B.

5. Under the current circumstances, I am not comfortable that O&B would be able to fulfill its local counsel duties under L.R. Gen 204(e) while M&M remained as lead counsel.

6. I have never met with the Defendants and do not believe that O&B could adequately represent them under the current circumstances.

7. I have contacted Thomas Carlotto, counsel to Plaintiff herein, and he has indicated to me that Plaintiff would have no objection to the within Motion.

8. I have never met Defendants and do not know if they are in the military service of the United States as defined in the Soldiers' and Sailors Relief Act [50 App. U.S.C. Section 501 et seq.], as amended.

9. I have sent a copy of the motion, memorandum and affidavit to the Defendants (as their address appears in the Complaint) by both regular mail, postage prepaid, and by certified mail, return receipt requested.

10. I have also sent a copy of the motion, memorandum and affidavit to Mauser by electronic mail, regular mail, postage prepaid, and by certified mail, return receipt requested.

11. There are no other motions currently pending in this case.

Theodore Orson

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Then personally appeared before me on this ___ day of September, 2006, Theodore Orson, and he acknowledged that the statements set forth herein to be true, except as to statements made upon information and belief, and as to those statements he believes them to be true, and he further acknowledged that his execution of this Affidavit was his free act and deed.

Notary Public
My Commission Expires: 2/23/2010

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and has been served electronically on the following counsel of record:

Thomas Carlotto, Esq.

I further certify that on September 18, 2006, I caused a copy of this document to be served on the following parties by first class mail and certified mail, return receipt requested:

Timothy M. Mauser, Esq.
Mauser & Mauser
98 North Washington Street, Suite 305
Boston, MA 02114

Andrei Klein and Juliana Klein
10 Merrymount Drive
North Dartmouth, MA 02747

/s/ Theodore Orson