**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CITIZENS BANK OF RHODE ISLAND,** **PLAINTIFF** | ) | |
| **V.** | ) | **C.A. No.: 06-322T** |
| **ANDREI KLEIN and JULIANA KLEIN,** **DEFENDANTS** | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Now comes Theodore Orson and Orson and Brusini Ltd. and hereby move this Court pursuant to L.R. Gen. 206(e) to withdraw as counsel to the Defendants herein for the grounds set forth in the Memorandum of Law in Support of Motion to Withdraw as Counsel filed herewith and the Affidavit of Theodore Orson, filed herewith.

Respectfully Submitted

ORSON AND BRUSINI LTD.

/s/ Theodore Orson
Theodore Orson, Esq. No. 3871
Orson and Brusini, Ltd.
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 223-2100
Fax: (401) 861-3103
Email: torson@orsonandbrusini.com
Dated: September 18, 2006

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge