**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CITIZENS BANK OF RHODE ISLAND**<br>**Plaintiff** | ) | |
| **VS.** | ) | **C.A. No.: 06-322 T** |
| **ANDREI KLEIN**<br>**JULIANA KLEIN**<br>**Defendants** | ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff, Citizens Bank of Rhode Island. ("Citizens"), hereby moves this Honorable Court to enter a summary judgment against the Defendants, Andrei Klein and Juliana Klein (the "Kleins") as follows:

1. On Count I and Count II, that the Court enter judgment in favor of Citizens against the Kleins for all amounts due and owing under the Kleins unconditional personal guarantees of the obligations due from Nutex, Inc. to Citizens

2. On Count III that the Court enter judgment in favor of Citizens determining that the Negative Pledge Agreement constitutes a valid equitable mortgage;

3. On Count IV that the Court enter an Order determining that Citizens has the power and authority to execute any and all documents necessary to effectuate the provisions of the Negative Pledge Agreement on behalf of the Kleins including, but not limited to, an instrument providing the statutory mortgage conditions and power for non-judicial sale, which encumbers the Kleins' residence located at 10 Merrymount Drive, North Dartmouth, Massachusetts;

On Count IV that the Court enter an Order requiring and directing the Kleins to execute any and all instruments deemed necessary by Citizens to effectuate the provisions of the Negative Pledge Agreement including, but not limited to, the execution of an instrument providing the statutory mortgage conditions and power for non-judicial sale.

Plaintiff seeks the granting of this Motion because it believes there are no disputed facts to be decided as affirmed by the affidavit attached hereto.

Wherefore, Citizens requests that the Court enter judgment in its favor as prayed for in the Complaint and for such other relief as the Court deems just.

CITIZENS BANK OF RHODE ISLAND
By its attorney,

/s/ Thomas E. Carlotto

Thomas E. Carlotto # 6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403
tcarlotto@shslawfirm.com
Dated: October 25, 2006

CERTIFICATE OF SERVICE

I hereby certify that on October 25th 2006, mailed a true and accurate copy of the within Motion and accompanying documents by ordinary mail to Defendants at 10 Merrymount Drive, North Dartmouth, Massachusetts.

/s/ Thomas E. Carlotto