**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CITIZENS BANK OF RHODE ISLAND** **Plaintiff** | ) | |
| **VS.** | ) | **C.A. No.: 06-322 T** |
| **ANDREI KLEIN** **JULIANA KLEIN** **Defendants** | ) | |

**STATEMENT OF UNDISPUTED FACTS**

1. Defendant, Andrei Klein, is an individual residing at 10 Merrymount Drive, North Dartmouth, MA.

2. Defendant, Juliana Klein (together with Andrei Klein, the "Kleins"), is an individual residing at 10 Merrymount Drive, North Dartmouth, MA.

3. Nutex Industries, Inc. ("Nutex"), is a corporation with a place of business in New Bedford, MA.

4. Nutex is engaged in the manufacture and supply of webbing and other textiles.

5. Andrei Klein is the principal shareholder and President of Nutex.

6. On May 15, 2006, Nutex filed for protection under Chapter 11 of the United States Bankruptcy Code.

7. In or about December 2001, Citizens made a term loan (the "Term Loan") to Nutex in the principal amount of $950,000.00 as evidenced by, among other things, that certain promissory note dated December 28, 2001 executed in favor of Citizens by the Debtor, as amended and restated on April 5, 2002 (the "Term Note").

8. Citizens also extended a revolving line of credit (the "Line of Credit") to Nutex in the maximum principal amount of $600,000.00 as evidenced by that certain Revolving Line of Credit (Demand) Promissory Note dated December 28, 2001 and executed by the Debtor in favor of Citizens Bank, as amended and restated as of November 16, 2005 (the "Revolver Note", together with the Term Note and any document executed in connection with these Notes and the loans evidenced thereby, shall sometimes be referred to herein as the "Loan Documents").

9. In connection with the extension of credit evidenced by the Term Note and the Revolver Note, the Kleins granted unconditional personal guarantees (the "Guarantees"), guaranteeing Nutex's obligations to Citizens including the obligations evidenced by the Term Note and the Revolver Note.

10. Nutex defaulted under the terms of the Term Note and the Revolver Note.

11. On or about November 15, 2006, Citizens, Nutex and the Kleins entered into a forbearance transaction as evidenced by a Forbearance Agreement.

12. As partial consideration for Citizens agreement to enter into the forbearance transaction, the Kleins executed a negative pledge agreement (the "Negative Pledge Agreement") providing for a security interest in their residence located at 10 Merrymount Drive, North Dartmouth, Massachusetts immediately upon a default under the Loan Documents.

13. The Kleins have failed to make payment of all sums due and owing under the Revolver Note.

14. The Kleins have failed to make payment of all sums due and owing under the Term Note.

15. The Negative Pledge Agreement provides for a security interest in the Kleins residence located at 10 Merrymount Drive, North Dartmouth, MA upon the occurrence of an event of default under the Loan Documents.

16. In addition to the provision of liens, the Negative Pledge Agreement further provides that the Kleins will execute any and all further instruments necessary to effectuate the provisions of the Negative Pledge.

17. The Negative Pledge Agreement also provides Citizens with a general power of attorney from the Kleins relating to the grant of the liens thereunder.

18. Pursuant to the terms of the Negative Pledge Agreement, the Kleins are required to execute any documentation that Citizens deems necessary to effectuate the provisions of said Pledge.

CITIZENS BANK OF RHODE ISLAND
By its attorney,

/s/Thomas E. Carlotto___________

Thomas E. Carlotto # 6088
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403
tcarlotto@shslawfirm.com
Dated: October 25, 2006