UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITIZENS BANK OF RHODE ISLAND )<br>Plaintiff )<br>)<br>VS. )<br>)<br>ANDREI KLEIN )<br>JULIANA KLEIN )<br>Defendants ) | C.A. No.: 06-322 T |

**AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

I, James Ray, being duly sworn, depose and say:

1. I am employed by Citizens Bank of Rhode Island ("Citizens") in the capacity of Vice President and I have personal knowledge of the facts set forth herein.

2. The records and documents pertaining to this matter are under my custody and control.

3. The documents and records referred to herein were made in the regular course of business of Citizens, and it is the regular course of business of Citizens to make such records at the time of such act, transaction, occurrence, or event, or within a reasonable time thereafter.

4. I have reviewed the factual allegations set forth in the Complaint filed in this action, and state that such allegations, to the best of my knowledge and belief, are true and correct, and that for such allegations as are set forth upon information, I believe them to be true.

5. Citizens is a Rhode Island financial institution registered with the Secretary of the State for Rhode Island having a principal place of business at 1 Citizens Plaza, Providence, RI 02903.

6. Defendant, Andrei Klein, is an individual residing at 10 Merrymount Drive, North Dartmouth, MA.

7. Defendant, Juliana Klein (together with Andrei Klein, the "Kleins"), is an individual residing at 10 Merrymount Drive, North Dartmouth, MA.

8. Nutex Industries, Inc. ("Nutex"), is a corporation with a place of business in New Bedford, MA.

9. Nutex is engaged in the manufacture and supply of webbing and other textiles.

10. Andrei Klein is the principal shareholder and President of Nutex.

11. On May 15, 2006, Nutex filed for protection under Chapter 11 of the United States Bankruptcy Code.

12. In or about December 2001, Citizens made a term loan (the "Term Loan") to Nutex in the principal amount of $950,000.00 as evidenced by, among other things, that certain promissory note dated December 28, 2001 executed in favor of Citizens by the Debtor, as amended and restated on April 5, 2002 (the "Term Note").

13. A true and accurate copy of the Term Note is annexed to the Complaint as **Exhibit A**.

14. Citizens also extended a revolving line of credit (the "Line of Credit") to Nutex in the maximum principal amount of $600,000.00 as evidenced by that certain Revolving Line of Credit (Demand) Promissory Note dated December 28, 2001 and executed by the Debtor in favor of Citizens Bank, as amended and restated as of November 16, 2005 (the "Revolver Note", together with the Term Note and any document executed in connection with these Notes and the loans evidenced thereby, shall sometimes be referred to herein as the "Loan Documents").

15. A true and accurate copy of the Revolver Note is annexed to the Complaint as **Exhibit B**.

16. In connection with the extension of credit evidenced by the Term Note and the Revolver Note, the Kleins granted unconditional personal guarantees (the "Guarantees"), guaranteeing Nutex's obligations to Citizens including the obligations evidenced by the Term Note and the Revolver Note.

17. The Guarantees are annexed to the Complaint as **Exhibit C**.

18. Nutex defaulted under the terms of the Term Note and the Revolver Note.

19. On or about November 15, 2006, Citizens, Nutex and the Kleins entered into a forbearance transaction as evidenced by a Forbearance Agreement.

20. A true and accurate copy of the Forbearance Agreement is annexed to the Complaint as **Exhibit D**.

21. As partial consideration for Citizens agreement to enter into the forbearance transaction, the Kleins executed a negative pledge agreement (the

"Negative Pledge Agreement") providing for a security interest in their residence located at 10 Merrymount Drive, North Dartmouth, Massachusetts immediately upon a default under the Loan Documents.

22. A true and accurate copy of the Negative Pledge Agreement is annexed to the Complaint as **Exhibit E**.

23. Subsequent to the execution of the Forbearance Agreement, Nutex defaulted under that instrument and the Loan Documents.

24. Pursuant to the Guarantees, the Kleins are obligated to pay all sums due and owing under the Term Note and the Revolver Note.

25. Pursuant to the terms of the Negative Pledge Agreement, the Kleins are obligated to execute a mortgage encumbering 10 Merrymount Drive, North Dartmouth, Massachusetts.

26. As of October 17, 2006, Nutex owed Citizens the principal sum of $599,500.00 together with interest of $2,093.24, a per diem of $170.69, late charges of $29,027.84, and fees, costs and expenses of $37,598.45 on account of the Revolver Note.

27. As of October 17, 2006, Nutex owed Citizens the principal sum of $499,173.37 together with interest of $1,897.77, a per diem of $100.53, on account of the Term Note exclusive of fees, costs and expenses.

28. The Kleins have no setoffs or counterclaims to this action, and in the opinion of affiant herein, there is no defense thereto.

29. Citizens is entitled to a judgment in its favor on all Counts of the Complaint.

James Ray

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

On October 19th, 2006 before me, the undersigned notary public, personally appeared James Ray in his capacity as Vice President of Citizens Bank of Rhode Island (the "Principal") and acknowledged to me that the Principal signed the preceding or attached document voluntarily under oath for its stated purpose. The Principal proved to me through satisfactory evidence of identification that the Principal is the person whose name is signed on the preceding or attached document. The satisfactory evidence of identification provided to me was:

- [ ] A current document issued by a federal or state government agency bearing the photographic image of the Principal's face and signature; or
- [ ] On the oath or affirmation of a credible witness unaffected by the document or transaction who is personally known to the notary public and who personally knows the Principal; or
- [ ] Identification of the Principal based on the notary public's personal knowledge of the identity of the Principal; or
- [x] The following evidence of identification: known to me

Notary Public

Printed Name: Judith A Barnfield

My Commission Expires:

*[Seal]*

JUDITH A. BARNFIELD
Notary Public
Commonwealth of Massachusetts
My Commission Exp. Mar. 22, 2013