UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CITIZENS BANK OF RHODE ISLAND

        v.               CA No. 06-322-T

ANDREI KLEIN and
JULIA KLEIN

### ORDER DENYING PLAINTIFF'S MOTION
### FOR SUMMARY JUDGMENT

Plaintiff's motion for summary judgment is denied without prejudice to being renewed after any summary judgment conference that may be held. In accordance with this Court's practice, a motion for summary judgment may not be filed until counsel proposing to file such motion has, first, conferred with the Court and other counsel.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: Nov. 16 , 2006