**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **CITIZENS BANK OF RHODE ISLAND**<br>**Plaintiff**<br><br>**VS.**<br><br>**ANDREI KLEIN**<br>**JULIANA KLEIN**<br>**Defendants** | **C.A. No.: 06-322 T** |

**STIPULATION OF DISMISSAL**

The parties in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), through their undersigned counsel hereby agree that all claims asserted by plaintiffs in the complaint shall hereby be dismissed, without prejudice.

PLAINTIFF,

CITIZENS BANK OF RHODE ISLAND

By its Attorneys,
SHECHTMAN HALPERIN SAVAGE, LLP

Thomas E. Carlotto #6088
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 fax
tcarlotto@shslawfirm.com

DEFENDANTS,

ANDREI KLEIN and
JULIANA KLEIN
Pro Se Defendants,

Andrei Klein

Juliana Klein

Dated: ____________________, 2007